UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIFFANY MCGINITY,<br><br>    Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>    Defendant. | **Case No.: 5:19-cv-00560-BO**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Tiffany McGinity and Defendant USAA Federal Savings Bank ("USAA"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Stipulation of Dismissal within forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

Respectfully submitted this 27th day of August 2020.

RESPECTFULLY SUBMITTED,

/s/ Dawn M. McCraw
Dawn M. McCraw (NCB #54714)
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorneys for Plaintiff*
*Tiffany McGinity*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/Jacey Gutierrez