# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

TIFFANY MCGINITY,

       Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

       Defendant.

**Case No.: 5:19-cv-00560-BO**

**STIPULATION OF DISMISSAL OF
USAA FEDERAL SAVINGS BANK
WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Tiffany McGinity and Defendant USAA Federal Savings Bank ("USAA"), by and through undersigned counsel, hereby stipulate that all claims against USAA shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs.

Respectfully submitted this 23rd day of September 2020.

RESPECTFULLY SUBMITTED,

*/s/ Dawn M. McCraw*
Dawn M. McCraw (NCB #54714)
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorneys for Plaintiff*
*Tiffany McGinity*

*/s/Lyndsay E. Medlin*
Lyndsay E. Medlin (NCB #49403)
Bradley Arant Boult Cummings LLP
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
T: (704) 338-6023
F: (704) 332-8852
E: lmedlin@bradley.com
Local Civil Rule 83.1(d) Counsel

David M Krueger (Ohio Bar#0085072)
Nora K. Cook (Ohio Bar#0086399)
Benesch, Friedlander, Coplan &
 Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
T: (216) 363-4500
F: (216) 363-4588
E: dkrueger@beneschlaw.com;
ncook@beneschlaw.com
*Attorneys for Defendant*
*USAA Federal Savings Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically filed the foregoing with

the Clerk of the Court using the ECF system, which will send notice of such filing to all

attorneys of record in this matter.

*/s/Jacey Gutierrez*