UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TIFFANY MCGINITY,

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

    Defendant.

Case No.: 5:19-cv-00560-BO

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF USAA FEDERAL SAVINGS BANK WITH PREJUDICE**

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant USAA Federal Savings Bank ("USAA"), and good cause appearing

IT IS ORDERED that the Stipulation is GRANTED

The above-entitled matter is hereby dismissed, with prejudice, as to USAA, with the parties to bear their own attorneys' fees and cost. The Clerk shall terminate Defendant USAA as a party in this action.

IT IS SO ORDERED.

ENTERED this ____ day of September 2020.

_____
UNITED STATES DISTRICT COURT JUDGE