UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIFFANY MCGINITY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>　　　　Defendant. | Case No.: 5:19-cv-00560-BO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF USAA FEDERAL SAVINGS BANK WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant USAA Federal Savings Bank ("USAA"), and good cause appearing

IT IS ORDERED that the Stipulation is GRANTED

The above-entitled matter is hereby dismissed, with prejudice, as to USAA, with the parties to bear their own attorneys' fees and cost. The Clerk shall terminate Defendant USAA as a party in this action.

IT IS SO ORDERED.

ENTERED this __6__ day of October 2020.

　　　　　　　　　　　　　　　　_Terrence Boyle_
　　　　　　　　　　　　　　　　CHEIF UNITED STATES DISTRICT COURT JUDGE